Vincent GIEBLER and Anna Marie
Giebler, h/w, Petitioners,

v.

WILLIAMS MOBILE OFFICES, INC.
and John E. Lamb and Eastern Mod-
ular Systems, Inc., Respondents.

Supreme Court of Pennsylvania.

Jan. 27, 2000.

*ORDER*

PER CURIAM:

**AND NOW,** this 27th day of January,
2000, it is hereby ordered that the Petition
for Allowance of Appeal is GRANTED, the
order of Superior Court is reversed, and
this case is remanded to Superior Court to
address the merits of the appeal. *See
Lewis v. United Hospitals, Inc.,* 547 Pa.
626, 692 A.2d 1055 (1997).

W. Sundiata FERRELL and
A. Saladeen Martin

v.

Martin HORN, Secretary et al.

Petition of W. Sundiata Ferrell.

Supreme Court of Pennsylvania.

March 16, 2000.

W. Sundiata Ferrell, for petitioner.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of March,
2000, it appearing that the petition for
allowance of appeal was improvidently
filed, pursuant to Pa.R.A.P. 1103 the mat-
ter is hereby transferred to the appeal
docket to be treated as a direct appeal.